DETTELBACH, Respondent, v. OCHS, Appellant.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Appeal from first district court.
Action by Bernhard Dettelbach against Hannah Ochs.
D. R. Shuster, for appellant.
Goldfoyle & Cohen, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

DUNN, Respondent, v. CURRAN, Appellant.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Appeal from ninth district court.
Action by John Dunn against Michael J. Curran.
E. Levy, for appellant.
A. McDonald, for respondent.
No opinion. Judgment affirmed, with costs.

---

FISHER, Respondent, v. REIS, Appellant.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Appeal from seventh district court.
Action by Henriette Fisher against Elias Reis.
L. Bronner, for appellant.
S. D. Seward, for respondent.
No opinion. Judgment affirmed, with costs.

---

GALLISSI, Respondent, v. CITIZENS' SAV. BANK, Appellant.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Appeal from first district court.
Action by Joseph Gallissi against the Citizens' Savings Bank.
J. W. Pierson, for appellant.
R. H. Racy, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to abide the event.

---

HALPIN, Respondent, v. HURWITZ, Appellant.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Action by Annie Halpin against Calman Hurwitz.
J. Manheim, for appellant.
W. J. A. McCaffrey, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to abide the event.